GEORGE HERBERT SMITH and Others, Appellants, v. CORDEN T. GRAHAM, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Held, that the Special Term had no power to make the order modifying the judgment. All concurred.

NORMAN C. YOUNG, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

FRANK A. PETIT, Respondent, v. LOUISE C. PETIT, Appellant.— Motion to dismiss appeal granted.

TONY HANNA, Respondent, v. GEORGE ELIAS, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

ANNA M. STEEN, Respondent, v. AMERICAN BONDING COMPANY OF BALTIMORE, Appellant, Impleaded, etc.— Motion to dismiss appeal granted· unless appellant shall file and serve printed papers by March twenty-eighth, pay to respondent's attorney ten dollars and be ready for argument March thirtieth.

BERT F. HARRY, Respondent, v. FRED WESCOTT and Another, Appellants.— Motion to dismiss appeal granted unless appellants are ready for argument on April twenty-eighth.

NEWTON B. GORHAM, Respondent, v. WILLIAM F. KELLY and Another, Appellants.— Motion to dismiss appeal granted unless appellants shall file and serve printed papers within twenty days.

BERTHA L. LYKE, Respondent, v. LUCINDA HEAD and Others, Appellants.— Motion to dismiss appeal granted unless appellants shall file and serve printed papers within twenty days.

INEZ R. HARTLEY, Respondent, v. JAMES MYRON RINGER, Appellant. — Appeal dismissed, with costs, for failure of appellant to comply with terms of order entered March sixth.

SAMUEL S. RAMSDELL, an Infant, etc., Respondent, v. COOMBS AEROPLANE COMPANY, INC., Appellant.— Motion to open default and vacate order of dismissal granted upon condition that appellant pay to respondent's attorney ten dollars and be ready for argument on March thirtieth.

FRANK J. NELSON, Respondent, v. HENRY F. GRANGER, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers by April fifth.

WILLIAM E. KLING, Respondent, v. GOTTLIEB H. TOBIAS and Others, Appellants.— Appeal of defendants Marx Goodman and Julius D. Tobias from order entered September 7, 1915, dismissed, with costs.